# Exhibit 2

| US12300366B2 | Fortinet FortiCamera ("The accused product") |
|---|---|
| 5. A method for managing information captured by a camera located at a user premises, the method comprising: | The accused product practices a method for managing information (e.g., video recordings, etc.) captured by a camera (e.g., the accused product) located at a user premises (e.g., hallway, entrance, lobby, etc.)<br><br>As shown below, the accused product is a wireless smart security camera that can be installed at an organization's premises such as hallway, entrance, lobby, etc. It captures video through motion detection and continuous monitoring. Further, the accused product allows the organization's user to manage the captured recordings through the FortiCamera Cloud by using features such as download/snapshot, deletion, etc.<br><br><br><br>https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder |

## Overview

With our smart FortiCamera, high-performance FortiRecorder, and AI-powered FortiCentral video management software (VMS), Fortinet offers a tailor-made video surveillance solution. This helps businesses simplify management, automate workflows, and reduce operating costs. This integrated physical security gives you intelligent insights into what is happening on your premises with remote, real-time visibility—accessible from anywhere.

https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder



**FORTINET**

Data Sheet

# FortiCamera™ Series

Network Cameras Built for High-performance Video Surveillance

camera

https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiCamera.pdf



**Security Cameras**



**Network Recorder**

**VS-as-a-Service**

| MODEL | DESCRIPTION | DATA SHEET |
|---|---|---|
| FortiCamera FCM-FB85-CA  » | Bullet Camera | |
| FortiCamera FCM-FE120B  » | Fisheye Camera | |
| FortiCamera FCM-FD50  » | Dome Camera | |
| FortiCamera FCM-FD51  » | Dome Camera | |
| FortiCamera FCM-FD55-CA  » | Dome Camera | |
| FortiCamera FCM-CD51  » | Dome Camera | |
| FortiCamera FCM-CD55  » | Dome Camera | |
| FortiCamera FCM-MC51  » | Mini-cube Camera | |

https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder

## Go Beyond Video Surveillance with Smart AI

Our video surveillance solution is equipped with a wide range of video analysis technologies to intelligently recognize and analyze people, objects, and even certain scenarios. The gathered intelligence can be used for many purposes. Examples include: tracking occupancy, measuring traffic, and helping companies make critical decisions and adjust business models. These AI-enriched capabilities in FortiCentral VMS help automate security workflows and safety processes for optimal operational efficiency and minimum loss.



https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder



**PHYSICAL SECURITY**

Create safe and secure workplaces to protect people, assets, and properties



**FACIAL/OBJECT ANALYSIS**

Detect and alert unauthorized accesses to your premises with AI-powered technologies



**CENTRALIZED VISIBILITY**

Easily configure, manage, and access videos across cameras in multiple locations



**CAPACITY CONTROL**

Analyze capacity information to help businesses control the number of people on-premises

https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder

FortiCameras are easy to set up and can work with FortiRecorder appliance, VM, or with the FortiCamera Cloud solution. Full access to video feeds and alerts through web-based and mobile applications.

https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiCamera.pdf

## Introduction

FortiCamera Cloud is a cloud-based Video Surveillance as a Service (VSaaS) platform. FortiCamera Cloud provides management and analytical capabilities across your entire FortiCamera deployment, and you can use it to deploy, set up, and view video streams from your FortiCamera devices. Permissions can be fine-tuned with organization-level and site-level privileges.

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf



https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/forticamera-cloud.pdf

2. Go to **Cameras**.
3. Click the **Video** tab.
4. Use the available controls:



https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf



Watch real-time streaming or playback recordings with zoom and pan options to view every detail. Take snapshots or download clips directly from the desired footage with the timeline control.

https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/forticamera-cloud.pdf



https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

| storing a trigger setting for a camera device at the user premises, wherein the trigger setting is for detecting, via the camera device, an event at the user premises, and wherein the camera device is configured to communicate via at least one of a wide area network or a local | The accused product practices storing a trigger setting (e.g., recording rules including motion detection settings, etc.) for a camera device (e.g., the accused product) at the user premises (e.g., hallway, entrance, lobby, etc.), wherein the trigger setting (e.g., recording rules including motion detection settings, etc.) is for detecting (e.g., detecting a motion, presence, etc.), via the camera device (e.g., the accused product), an event (e.g., detected motion) at the user premises (e.g., hallway, entrance, lobby, etc.), and wherein the camera device (e.g., the accused product) is configured to communicate via at least one of a wide area network (e.g., internet) or a local area network.

As shown below, the accused product is a wireless smart security camera that can be installed at an organization's premises, such as hallway, entrance, lobby, etc. It captures video through motion detection and continuous monitoring. Further, the accused product allows the organization's user to configure trigger settings such as recording rules including motion detection settings, etc. in the FortiCamera Cloud. When a motion or presence is detected, the accused product detects and sends real-time alerts to the user over the internet based on the configured trigger settings. |

| | |
|---|---|
| area network,<br><br>**Col 47: lines 21-29**<br><br>*The gateway appliance supports an event builder process to further automate the home by enabling detection of an "event" that enables/disables the activity of a device. Example events may include, but are not limited to: rain threshold exceeded, an alarm going off, or motion detected by the motion sensor. For example, a trigger maybe set to turn off the sprinkler system* | ## Overview<br><br>With our smart FortiCamera, high-performance FortiRecorder, and AI-powered FortiCentral video management software (VMS), Fortinet offers a tailor-made video surveillance solution. This helps businesses simplify management, automate workflows, and reduce operating costs. This integrated physical security gives you intelligent insights into what is happening on your premises with remote, real-time visibility—accessible from anywhere.<br><br>https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder<br><br>FortiCameras are easy to set up and can work with FortiRecorder appliance, VM, or with the FortiCamera Cloud solution. Full access to video feeds and alerts through web-based and mobile applications.<br><br>https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiCamera.pdf<br><br>## Introduction<br><br>FortiCamera Cloud is a cloud-based Video Surveillance as a Service (VSaaS) platform. FortiCamera Cloud provides management and analytical capabilities across your entire FortiCamera deployment, and you can use it to deploy, set up, and view video streams from your FortiCamera devices. Permissions can be fine-tuned with organization-level and site-level privileges.<br><br>https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e- |

| | |
|---|---|
| *if a "rain level exceeded" event occurs.* <u>*Another example is to record a video snapshot if a motion detector event is received.*</u> | [11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf](#)<br><br>**Go Beyond Video Surveillance with Smart AI**<br><br>Our video surveillance solution is equipped with a wide range of video analysis technologies to intelligently recognize and analyze people, objects, and even certain scenarios. The gathered intelligence can be used for many purposes. Examples include: tracking occupancy, measuring traffic, and helping companies make critical decisions and adjust business models. These AI-enriched capabilities in FortiCentral VMS help automate security workflows and safety processes for optimal operational efficiency and minimum loss.<br><br><br><br>[https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder](https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder) |



**PHYSICAL SECURITY**

Create safe and secure workplaces to protect people, assets, and properties



**FACIAL/OBJECT ANALYSIS**

Detect and alert unauthorized accesses to your premises with AI-powered technologies



**CENTRALIZED VISIBILITY**

Easily configure, manage, and access videos across cameras in multiple locations



**CAPACITY CONTROL**

Analyze capacity information to help businesses control the number of people on-premises

https://www.fortinet.com/products/network-based-video-security/forticam-fortirecorder

| Requirement | Description |
|---|---|
| | If you want to connect cameras that are not cloud native (in a hybrid deployment, through FortiRecorder), then you must also buy and install a license for these cameras. For details, see the FortiRecorder Administration Guide. |
| Internet access | Your computers and cameras must have Internet access to communicate with FortiCamera Cloud. |

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

As shown below, the accused product allows the organization's user to configure trigger settings such as motion detection settings, etc. in the FortiCamera Cloud.

**Motion detection settings** —— storing a trigger setting

1. Go to **Cameras**.
2. At the top of the screen, select the name of the camera whose settings you want to change.
3. Go to **Settings > Motion**.
4. If you want to limit motion detection to a specific area in the video, click **Motion Detection Window** to add a semi-transparent rectangle on the video image.
5. Drag all motion detection rectangles to where you want them in the video image. Resize the rectangles by dragging the corners.

   Multiple motion detection areas can be created.

    Any **Motion Detection Windows** that either fully or partially overlap any existing **Privacy Windows** may not function as intended.

6. Drag the **Sensitivity** slider indicate how sensitive you want motion detection to be.

   For example, if you're monitoring large outdoor automobile traffic, but you don't want motion to be detected for smaller objects (such as passing pedestrians or animals), you can use a less sensitivity level.
7. Click **Save**.

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf



https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/forticamera-cloud.pdf



Quickly detect and respond when someone crosses a defined digital boundary to stop intrusions and safeguard your perimeter.

detecting, via the camera device, an event at the user premises

https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/forticamera-cloud.pdf

| enabling a user to (1) control storage of at least a portion of data acquired by the camera device, | The accused product practices enabling a user to control storage (e.g., download/snapshot, delete, recordings, etc.) of at least a portion of data (e.g., a video recording) acquired by the camera device (e.g., the accused product).<br><br>As shown below, the accused product is a wireless smart security camera that can be installed at an organization's premises, such as hallway, entrance, lobby, etc. It captures video through motion detection and continuous monitoring. It allows the organization's user to access video recordings through the FortiCamera Cloud. Further, the user can download/snapshot, delete, etc. portions of the recorded video data in the FortiCamera Cloud. |
|---|---|

FortiCameras are easy to set up and can work with FortiRecorder appliance, VM, or with the FortiCamera Cloud solution. Full access to video feeds and alerts through web-based and mobile applications.

https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiCamera.pdf

## Introduction

FortiCamera Cloud is a cloud-based Video Surveillance as a Service (VSaaS) platform. FortiCamera Cloud provides management and analytical capabilities across your entire FortiCamera deployment, and you can use it to deploy, set up, and view video streams from your FortiCamera devices. Permissions can be fine-tuned with organization-level and site-level privileges.

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf



https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf



| | |
|---|---|
| (2) selectively invite one or more individuals to access the stored at least the portion of camera captured information via the wide area network, and | The accused product practices selectively inviting one or more individuals (e.g., employee of an organization, users, etc.) to access the stored at least the portion of camera captured information (e.g., video recordings captured using the accused product) via the wide area network (e.g., internet).<br><br>As shown below, the accused product is a wireless smart security camera that can be installed at an organization's premises such as hallway, entrance, lobby, etc. It captures video through motion detection and continuous monitoring. It allows users to invite employees, other users, etc. using the FortiCamera Cloud to access the video recordings captured by the accused product. It provides invitation link that grants authorized access to the stored recordings over |

| | |
|---|---|
| **Col 40: lines 53-59**<br><br>*File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and family members or other users. The files can be shared with user's "buddy list" or other contacts maintained at the gateway appliance at a premise such as* | the internet. Further, FortiCamera Cloud allows the owner to assign selective access permissions that determine the level of access granted to each invited individual.<br><br>FortiCameras are easy to set up and can work with FortiRecorder appliance, VM, or with the FortiCamera Cloud solution. Full access to video feeds and alerts through web-based and mobile applications.<br><br>https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiCamera.pdf<br><br>## Introduction<br><br>FortiCamera Cloud is a cloud-based Video Surveillance as a Service (VSaaS) platform. FortiCamera Cloud provides management and analytical capabilities across your entire FortiCamera deployment, and you can use it to deploy, set up, and view video streams from your FortiCamera devices. Permissions can be fine-tuned with organization-level and site-level privileges.<br><br>https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf |

| | |
|---|---|
| *the home.* | <table><tr><th>Requirement</th><th>Description</th></tr><tr><td></td><td>If you want to connect cameras that are not cloud native (in a hybrid deployment, through FortiRecorder), then you must also buy and install a license for these cameras. For details, see the FortiRecorder Administration Guide.</td></tr><tr><td>Internet access</td><td>Your computers and cameras must have Internet access to communicate with FortiCamera Cloud.</td></tr></table><br>https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf |

## Configuring user and administrator accounts

You can manage user accounts for both a whole organization and its individual sites.

1. Go to **Organization > Settings**.
   Alternatively, go to **Site > Settings** and click the **User** tab.
2. Click **Add** to create a new user, or select an existing user and click **Edit**.
3. Configure the following settings:

| GUI item | Description |
|---|---|
| **Name** | Enter the name of the user (spaces permitted). |
| **Email** | Enter the email address of the user. |
| **Scope** | An organization or site. |
| | Click **Add Organization Permission** or **Add Site Permission** (depending on whether the row is for an organization or individual site) to enable the **Permission** column for it. |
| | All sites belonging to the organization can grant privileges to the user. |

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

## Inviting users to join an organization

Once you have created a user account (see Configuring user and administrator accounts on page 15), you can invite that person to join an organization.

1. From the **Organization** dropdown list, select the name of the organization that you want the user to join.
2. Go to **Organization > Settings**.
3. Click the **User** tab.
4. Select the user you want to invite.
5. Click **Share** and then click **Confirm**. (If you change your mind, or accidentally invite an incorrect email address, you can click **Revoke**.)

   On the **User** tab, the user now has a status of **INVITED**. An invitation is sent to the user's email address. It includes a verification code ("security code").

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

As shown below, the FortiCamera Cloud allows owner to send invitation providing authorized access to employees, users, etc.



https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

For rows where you clicked a button to add permissions, configure the following settings:

| GUI item | Description |
|---|---|
| **Permission** | The list of available privileges varies by the user's scope: an organization, or a site. |
| | For the scope of an organization, select either: |
| | • **Organization Settings - General**: Grant the organization user the ability to create new sites and site users. |
| | • **Organization Settings - User**: Grant the organization user access to their specific privileges and to create new users within the organization. |
| | For the scope of a site, select either: |
| | • **Camera Video**: Grant camera video privileges to this user. For details, see Playing video from cameras on page 24. If this privilege is granted, see **Target** to select which cameras are permitted. |
| | • **Camera Settings**: Grant camera settings privileges to this user. For details, see Camera settings on page 26. If this privilege is granted, see **Target** to select which cameras are permitted. |
| | • **Site Settings - General**: Grant the site user the ability to access a site (for example, access a site's dashboard). |
| | • **Site Settings - User**: Grant the site user the right to create users for the site. |

*access the stored at least the portion of camera captured information*

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

As shown below, the FortiCamera Cloud provides authorized access to control portion of camera captured information such as recordings, playback, etc. to employees, users, etc. after accepting the invitation.

**Target**    Define which of the site's cameras you want to permit the user to access.

Select either:

- **All**: All cameras belonging to the site.
- **List**: Select this option and then in the dropdown that appears, click **Choose** to select specific cameras you want permitted to this user.

**Level**    Define the level of access you want to grant for of each of the user's privileges.

For organization and site settings and camera settings privileges, select either of the following:

- **Full**: Grant full read and write permissions.
- **Read**: Grant only read permissions.

For camera video privileges, select either:

- **Export**: Grant ability to download video files.
- **Playback**: Grant ability to playback video.
- **Live**: Grant ability to view live video feed.

Add as many privileges as required. For example, you can grant export, playback, and/or live video access.

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

| (3) control secured access to the stored at least the portion of camera captured | The accused product practices controlling secured access (e.g., authorized access) to the stored at least the portion of camera captured information (e.g., video recordings captured using the accused product) by the invited one or more individuals that have been authenticated (e.g., authorized employees, users, etc.). |
|---|---|

| | |
|---|---|
| information by the invited one or more individuals that have been authenticated.<br><br>**Col 40: lines 53-59**<br><br>*File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and family members or other users. The files can be shared with user's "buddy list" or* | As shown below, the accused product is a wireless smart security camera that can be installed at an organization's premises such as hallway, entrance, lobby, etc. It captures video through motion detection and continuous monitoring. It allows users to invite employees, other users, etc. using the FortiCamera Cloud to access the video recordings captured by the accused product. It provides invitation link that grants authorized access to the stored recordings over the internet. Further, FortiCamera Cloud allows the owner to assign selective access permissions that determine the level of access granted to each invited individual.<br><br>FortiCameras are easy to set up and can work with FortiRecorder appliance, VM, or with the FortiCamera Cloud solution. Full access to video feeds and alerts through web-based and mobile applications.<br><br>https://www.fortinet.com/content/dam/fortinet/assets/data-sheets/FortiCamera.pdf<br><br>## Introduction<br><br>FortiCamera Cloud is a cloud-based Video Surveillance as a Service (VSaaS) platform. FortiCamera Cloud provides management and analytical capabilities across your entire FortiCamera deployment, and you can use it to deploy, set up, and view video streams from your FortiCamera devices. Permissions can be fine-tuned with organization-level and site-level privileges.<br><br>https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf |

| | |
|---|---|
| *other contacts maintained at the gateway appliance at a premise such as the home.* | **Configuring user and administrator accounts**<br><br>You can manage user accounts for both a whole organization and its individual sites.<br><br>1. Go to **Organization > Settings**.<br>Alternatively, go to **Site > Settings** and click the **User** tab.<br>2. Click **Add** to create a new user, or select an existing user and click **Edit**.<br>3. Configure the following settings:<br><br>_table below_<br><br>https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf |

| GUI item | Description |
|---|---|
| Name | Enter the name of the user (spaces permitted). |
| Email | Enter the email address of the user. |
| Scope | An organization or site.<br>Click **Add Organization Permission** or **Add Site Permission** (depending on whether the row is for an organization or individual site) to enable the **Permission** column for it.<br>All sites belonging to the organization can grant privileges to the user. |

## Inviting users to join an organization

Once you have created a user account (see Configuring user and administrator accounts on page 15), you can invite that person to join an organization.

1. From the **Organization** dropdown list, select the name of the organization that you want the user to join.
2. Go to **Organization > Settings**.
3. Click the **User** tab.
4. Select the user you want to invite.
5. Click **Share** and then click **Confirm**. (If you change your mind, or accidentally invite an incorrect email address, you can click **Revoke**.)

   On the **User** tab, the user now has a status of **INVITED**. An invitation is sent to the user's email address. It includes a verification code ("security code").

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

As shown below, the FortiCamera Cloud allows owner to send invitation providing authorized access to employees, users, etc.

If the user does not receive the email, and you need to help them, then on the **User** tab, you can hover your mouse cursor over the **Verification Code** column to view the user's verification code.



https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

For rows where you clicked a button to add permissions, configure the following settings:

| GUI item | Description |
|---|---|
| Permission | The list of available privileges varies by the user's scope: an organization, or a site. <br><br> For the scope of an organization, select either: <br> • **Organization Settings - General**: Grant the organization user the ability to create new sites and site users. <br> • **Organization Settings - User**: Grant the organization user access to their specific privileges and to create new users within the organization. <br><br> For the scope of a site, select either: <br> • **Camera Video**: Grant camera video privileges to this user. For details, see Playing video from cameras on page 24. If this privilege is granted, see **Target** to select which cameras are permitted. <br> • **Camera Settings**: Grant camera settings privileges to this user. For details, see Camera settings on page 26. If this privilege is granted, see **Target** to select which cameras are permitted. <br> • **Site Settings - General**: Grant the site user the ability to access a site (for example, access a site's dashboard). <br> • **Site Settings - User**: Grant the site user the right to create users for the site. |

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf

As shown below, the FortiCamera Cloud provides authorized access to control portion of camera captured information such as recordings, playback, etc. to employees, users, etc. after accepting the invitation.



**Target**    Define which of the site's cameras you want to permit the user to access.

Select either:

- **All**: All cameras belonging to the site.
- **List**: Select this option and then in the dropdown that appears, click **Choose** to select specific cameras you want permitted to this user.

**Level**    Define the level of access you want to grant for of each of the user's privileges.

For organization and site settings and camera settings privileges, select either of the following:

- **Full**: Grant full read and write permissions.
- **Read**: Grant only read permissions.

For camera video privileges, select either:

- **Export**: Grant ability to download video files.
- **Playback**: Grant ability to playback video.
- **Live**: Grant ability to view live video feed.

control secured access to the stored at least the portion of camera captured information

Add as many privileges as required. For example, you can grant export, playback, and/or live video access.

https://fortinetweb.s3.amazonaws.com/docs.fortinet.com/v2/attachments/d2cf95df-040e-11ef-8c42-fa163e15d75b/FortiCamera-Cloud-24.1.1-Portal-Guide.pdf